IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 13–12–M–DLC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| SYLVIA CANALES PIERSON, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 14, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

1

Judge Lynch recommended this Court accept Sylvia Canales Pierson's guilty plea after Pierson appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to one count of conspiracy to distribute methamphetamine in violation of 18 U.S.C. § 841(a)(1) and 846, as set forth in Count I of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (doc. 67), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Sylvia Canales Pierson's motion to change plea (doc. 38) is GRANTED.

DATED this 9th day of September, 2013.

Dana L. Christensen, Chief District Judge
United States District Court